UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit, <br><br> Plaintiff, <br><br> vs. <br><br> U.S. BANK NATIONAL ASSOCIATION, and BANK OF AMERICA, NATIONAL ASSOCATION, <br><br> Defendants. | Case No.  14-cv-9928 (KBF) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: **JAN 2 3 2015**

## ORDER GRANTING ADMISSION *PRO HAC VICE*

The motion of Benjamin P. Taibleson for admission to practice *Pro Hac Vice* in the

above-captioned case is granted.

Applicant has declared that he is a member in good standing of the bars of the state of

New York and of the District of Columbia; his contact information is as follows:

Benjamin P. Taibleson
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: 202-326-7990/ Fax: 202-326-7999
btaibleson@khhte.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel

for Plaintiff National Credit Union Administration Board in the above-captioned case;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____ l / 23 _____, 2015
       New York, New York

                                        HONORABLE KATHERINE B. FORREST
                                        UNITED STATES DISTRICT JUDGE