UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACKROCK ALLOCATION TARGET SHARES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BANK NATIONAL ASSOCIATION <br><br> Defendant. | Case No. 14-cv-9401-KBF <br> (Rel. 12-cv-02865-KBF) |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BANK NATIONAL ASSOCIATION, and BANK OF AMERICA, NATIONAL ASSOCIATION, <br><br> Defendants. | Case No. 14-cv-9928-KBF <br> (Rel. 12-cv-02865-KBF) <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: FEB 2 5 2015 |
| PHOENIX LIGHT SF LIMITED, et. al. <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BANK NATIONAL ASSOCIATION and BANK OF AMERICA, N.A. <br><br> Defendants. | Case No. 14-cv-10116-KBF <br> (Rel. 12-cv-02865-KBF) |

**MOTION OF LEE M. POLLACK FOR LEAVE TO WITHDRAW**

Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Lee M. Pollack, hereby move this Court for an order permitting me to withdraw as counsel for Defendant U.S. Bank National Association in the three above-captioned actions.

This motion is made because I will no longer be associated with the law firm of Jones Day after March 2, 2015. David F. Adler and Michael T. Marcucci from the law firm of Jones Day, who have been admitted pro hac vice in each of these three matters, will continue to serve as counsel for Defendant U.S. Bank National Association.

Motions to dismiss in each of the above captioned actions are due on February 27, 2015. I have been informed that my withdrawal will not occasion any request for an extension of that deadline. I am not asserting a retaining or charging lien in connection with my departure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2015          Respectfully Submitted,

                                       /s/ Lee M. Pollack

                                       Lee M. Pollack
                                       lmpollack@jonesday.com
                                       JONES DAY
                                       222 E. 41st Street
                                       New York, NY 10017
                                       Phone: 212-326-3939

So ordered.
K.B. Forrest
USDJ
2/25/15

## CERTIFICATE OF SERVICE

I, Lee M. Pollack, certify that on February 25, 2015, I caused the foregoing Motion for leave to Withdraw to be filed with the Clerk of the Court and served on all counsel of record by electronic delivery via the ECF system. In accordance with Local Rule 1.4, I additionally certify that I have served the foregoing Motion on my client through Michael T. Marcucci, who is continuing as their counsel.

/s/ Lee M. Pollack