UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

NATIONAL CREDIT UNION ADMINISTRATION
BOARD, as Liquidating Agent of U.S. Central Federal
Credit Union, Western Corporate Federal Credit Union,
Members United Corporate Federal Credit Union,
Southwest Corporate Federal Credit Union, and
Constitution Corporate Federal Credit Union, in its own
right and on behalf of NCUA GUARANTEED NOTES
TRUST 2010-R1, NCUA GUARANTEED NOTES
TRUST 2010-R2, NCUA GUARANTEED NOTES
TRUST 2010-R3, NCUA GUARANTEED NOTES
TRUST 2011-R1, NCUA GUARANTEED NOTES
TRUST 2011-R2, NCUA GUARANTEED NOTES
TRUST 2011-R3, NCUA GUARANTEED NOTES
TRUST 2011-R4, NCUA GUARANTEED NOTES
TRUST 2011-R5, NCUA GUARANTEED NOTES
TRUST 2011-R6, NCUA GUARANTEED NOTES
TRUST 2011-M1,

:  Index No. 14-cv-9928 (KBF)

                              Plaintiffs,

    -against-

U.S. BANK NATIONAL ASSOCIATION, and
BANK OF AMERICA, NATIONAL ASSOCIATION

                              Defendants.

------------------------------------------------------------------- x

## NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

    Please enter my appearance in the above-captioned case as an additional attorney of record for Plaintiffs. I kindly request receipt of electronic ECF notifications in this matter.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York  　　　　　Respectfully submitted,
　　　　　February 26, 2015

　　　　　　　　　　　　　　　　By:　*/s/ Danielle A. D'Aquila*
　　　　　　　　　　　　　　　　　　　Danielle A. D'Aquila
　　　　　　　　　　　　　　　　　　　WOLLMUTH MAHER & DEUTSCH LLP
　　　　　　　　　　　　　　　　　　　500 Fifth Ave
　　　　　　　　　　　　　　　　　　　New York, New York 10110
　　　　　　　　　　　　　　　　　　　Phone: (212) 382-3300
　　　　　　　　　　　　　　　　　　　Fax: (212) 382-0050
　　　　　　　　　　　　　　　　　　　ddaquila@wmd-law.com

　　　　　　　　　　　　　　　　　　　*Attorneys for the National Credit Union Administration Board for All Claims Except to the Extent they Relate to FFML 2006-FF2, GPMF 2006-AR5, GPMF 2006-AR8, GPMF 2007-AR1, and GPMT 2007-AR2*

## **CERTIFICATE OF SERVICE**

      I, Danielle A. D'Aquila, certify that on February 26, 2015, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served on all counsel of record by electronic delivery via the ECF system.

                                                                           */s/ Danielle A. D'Aquila*