UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union, in its own right, and on behalf of NCUA GUARANTEED NOTES TRUST 2010-R1, NCUA GUARANTEED NOTES TRUST 2010-R2, NCUA GUARANTEED NOTES TRUST 2010-R3, NCUA GUARANTEED NOTES TRUST 2011-R1, NCUA GUARANTEED NOTES TRUST 2011-R2, NCUA GUARANTEED NOTES TRUST 2011-R3, NCUA GUARANTEED NOTES TRUST 2011-R4, NCUA GUARANTEED NOTES TRUST 2011-R5, NCUA GUARANTEED NOTES TRUST 2011-R6, NCUA GUARANTEED NOTES TRUST 2011-M1,

      Plaintiffs,

  v.

U.S. BANK NATIONAL ASSOCIATION, and BANK OF AMERICA, NATIONAL ASSOCIATION,

      Defendants.

------------------------------------------------------------------------ x

No. 14-cv-9928 (KBF)
(Rel. 12-cv-2865-KBF)

ECF CASE

**DEFENDANTS' NOTICE OF JOINT MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)&(6)**

**PLEASE TAKE NOTICE** that, upon the Declaration of Jacob S. Kreilkamp, executed on February 27, 2015, and the exhibits thereto; the accompanying Memorandum of Law, dated February 27, 2015; and all prior pleadings and proceedings herein, defendants Bank of America, N.A. and U.S. Bank National Association move this Court, before the Honorable Katherine B. Forrest, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15A, New York, New York, as soon as counsel may be heard, for an order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) dismissing all of NCUA's claims for lack of subject matter jurisdiction to the extent they are brought on behalf of the NCUA Guaranteed Notes Trust 2010-R1, NCUA Guaranteed Notes Trust 2010-R2, NCUA Guaranteed Notes Trust 2010 R-3, NCUA Guaranteed Notes Trust 2011-R1, NCUA Guaranteed Notes Trust 2011-R2, NCUA Guaranteed Notes Trust 2011-R3, NCUA Guaranteed Notes Trust 2011-R4, NCUA Guaranteed Notes Trust 2011-R5, NCUA Guaranteed Notes Trust 2011- R6, and NCUA Guaranteed Notes Trust 2011-M1; and dismissing Count Two for Breach of Fiduciary Duty, Count Three for Negligence and Gross Negligence, Count Four for Negligent Misrepresentation, Count Five for Breach of the Covenant of Good Faith, Count Six for Violation of the Streit Act, and Count Seven for Violation of the Trust Indenture Act of 1939, in their entirety, for failure to state a claim.

| | |
|---|---|
| Dated: February 27, 2015 | Respectfully submitted, |
| BANK OF AMERICA, N.A. | U.S. BANK NATIONAL ASSOCIATION |
| By its attorneys | By its attorneys |
| /s/ Jacob S. Kreilkamp<br>Marc T. G. Dworsky<br>James C. Rutten (*pro hac vice forthcoming*)<br>Jacob S. Kreilkamp (*pro hac vice*)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA  90071<br>Tel: 213.683.9260<br>Marc.Dworsky@mto.com<br>James.Rutten@mto.com<br>Jacob.Kreilkamp@mto.com | /s/ David F. Adler<br>David F. Adler (*pro hac vice*)<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114<br>Tel: 1.216.586.3939<br>dfadler@jonesday.com |
| Isaac S. Greaney<br>Jon W. Muenz<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY  10019<br>Tel: 212.839.7324<br>igreaney@sidley.com<br>jmuenz@sidley.com | Michael T. Marcucci (*pro hac vice*)<br>JONES DAY<br>100 High Street<br>Boston, MA  02110<br>Tel: 1.617.960.3939<br>mmarcucci@jonesday.com |
| David F. Graham (*pro hac vice*)<br>Frank J. Favia, Jr. (*pro hac vice*)<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Tel: 312.853.7000<br>dgraham@sidley.com<br>ffavia@sidley.com | Andrew S. Kleinfeld<br>JONES DAY<br>222 East 41st Street<br>New York, NY  10017<br>Tel: 212.326.3939<br>askleinfeld@jonesday.com |
| *Attorneys for Defendant*<br>*Bank of America, N.A.* | *Attorneys for Defendant U.S. Bank*<br>*National Association* |