```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 2, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
BLACKROCK ALLOCATION TARGET           :
SHARES: SERIES S PORTFOLIO et al.,    :
                                      :
                Plaintiffs,           :
                                      :
        -v-                           :
                                      :        14-cv-9401 (KBF)
U.S. BANK NATIONAL ASSOCIATION,       :
                                      :
                Defendant,            :
                                      :
THE TRUSTS IDENTIFIED IN EXHIBIT 1,   :
                                      :
                Nominal defendant.    :
------------------------------------------------------------------- X
NATIONAL CREDIT UNION ADMINISTRATION: 
BOARD as Liquidating Agent of U.S. Central :
Federal Credit Union et al.,          :
                                      :
                Plaintiffs,           :
                                      :        14-cv-9928 (KBF)
        -v-                           :
                                      :
U.S. BANK NATIONAL ASSOCIATION and    :
BANK OF AMERICA, NA,                  :
                                      :
                Defendants.           :
------------------------------------------------------------------- X
PHOENIX LIGHT SF LIMITED et al.,      :
                                      :
                Plaintiffs,           :
                                      :        14-cv-10116 (KBF)
        -v-                           :
                                      :          ORDER
U.S. BANK NATIONAL ASSOCIATION and    :
BANK OF AMERICA, NA,                  :
                                      :
                Defendants.           :
------------------------------------------------------------------- X

KATHERINE B. FORREST, District Judge:

In light of the Court's schedule, the next conference in the above-captioned actions is hereby rescheduled to **Friday, April 3, 2015, at 12 p.m.**

SO ORDERED.

Dated:   New York, New York
         March 2, 2015

                                                  _____
                                                       KATHERINE B. FORREST
                                                       United States District Judge