JOHN A. LIBRA
jlibra@koreintillery.com
*p: 312.641.9750*
*f: 312.641.9751*

KOREIN TILLERY
*Attorneys at Law*
205 North Michigan, Suite 1950
Chicago, Illinois 60601-4269
www.koreintillery.com

May 26, 2015

**VIA CM/ECF**

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

> **Re:** *National Credit Union Administration Board v. U.S. Bank National Association, et al.*, **Case No. 14-cv-9928-KBF [rel. Case No. 12-cv-02865]**

Dear Judge Forrest:

Pursuant to the Court's May 18, 2015 Order and Opinion, I write on behalf of Plaintiffs in the above-referenced case to notify the Court that Plaintiffs intend to seek to amend their Amended Complaint.

Respectfully Submitted,

John A. Libra

cc:  Counsel of Record (via CM/ECF)

*One US Bank Plaza*
*505 North 7th Street, Suite 3600*
*Saint Louis, Missouri 63101*
*Tel: 314.241.4844 Fax: 314.241.3525*

*Korein Tillery is a Limited Liability Company*