**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

NATIONAL CREDIT UNION ADMINISTRATION
BOARD, as Liquidating Agent of U.S. Central Federal
Credit Union, Western Corporate Federal Credit Union,
Members United Corporate Federal Credit Union,
Southwest Corporate Federal Credit Union, and
Constitution Corporate Federal Credit Union,
in its own right, and derivatively on behalf of the NGN
Trusts, and GRAEME W. BUSH, as Separate Trustee of
the NGN Trusts,

                                         Plaintiffs,

         -v.-

US BANK NATIONAL ASSOCIATION and
BANK OF AMERICA, N.A.,

                                    Defendants,

         -and-

NCUA GUARANTEED NOTES TRUST 2010-R1,
NCUA GUARANTEED NOTES TRUST 2010-R2,
NCUA GUARANTEED NOTES TRUST 2010-R3,
NCUA GUARANTEED NOTES TRUST 2011-R1,
NCUA GUARANTEED NOTES TRUST 2011-R2,
NCUA GUARANTEED NOTES TRUST 2011-R3,
NCUA GUARANTEED NOTES TRUST 2011-R4,
NCUA GUARANTEED NOTES TRUST 2011-R5,
NCUA GUARANTEED NOTES TRUST 2011-R6,
NCUA GUARANTEED NOTES TRUST 2011-M1

                      Nominal Defendants.

Case No. 14-cv-9928 (PAE)
Hon. Paul A. Engelmayer

CORRECTED
NOTICE OF APPEAL

-------------------------------------------------------------- x

## CORRECTED NOTICE OF APPEAL

       Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, notice is hereby

given that the National Credit Union Administration Board, as Liquidating Agent of U.S. Central

Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union, in its own right, and derivatively on behalf of the NGN Trusts, and Graeme W. Bush as Separate Trustee for the NGN Trusts (collectively "Plaintiffs" in the above-named case) hereby appeal to the United States Court of Appeals for the Second Circuit from the final order entered in the action on the 14th day of February, 2017 (ECF No. 180), and particularly from all preceding interlocutory orders that merged with the final order, including but not limited to the Opinion and Order dated May 18, 2015 (ECF No. 84), the Opinion and Order dated February 25, 2016 (ECF No. 120), and the Opinion and Order dated May 11, 2016 (ECF No. 141).

Dated: March 16, 2017

Respectfully submitted,

NATIONAL CREDIT UNION
ADMINISTRATION BOARD,
as Liquidating Agent of U.S. Central Federal
Credit Union, Western Corporate Federal
Credit Union, Members United Corporate
Federal Credit Union, Southwest Corporate
Federal Credit Union, and Constitution
Corporate Federal Credit Union, and on
behalf of and for the benefit of the NGN trusts

and

GRAEME W. BUSH, as Separate Trustee of
the NGN Trusts

David C. Frederick
Scott K. Attaway
KELLOGG, HUBER, HANSEN, TODD,
    EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax: (202) 326-7999
dfrederick@khhte.com
sattaway@khhte.com

By: /s/ *John A. Libra*
George A. Zelcs
John A. Libra
Max C. Gibbons
Matthew C. Davies
KOREIN TILLERY LLC
205 North Michigan Avenue
Suite 1950
Chicago, Illinois 60601
Phone: (312) 641-9760
Fax: (312) 641-9751
gzelcs@koreintillery.com
jlibra@koreintillery.com
mgibbons@koreintillery.com
mdavies@koreintillery.com

David H. Wollmuth
Ryan A. Kane
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Phone: (212) 382-3300
Fax: (212) 382-0050
dwollmuth@wmd-law.com
rkane@wmd-law.com

Stephen M. Tillery
KOREIN TILLERY LLC
505 North Seventh Street
Suite 3600
St. Louis, Missouri 63101-1625
Phone: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com

*Attorneys for the National Credit Union
Administration Board, as Liquidating Agent
and Graeme W. Bush, as Separate Trustee*

3

<u>Of Counsel</u>:
Michael J. McKenna, General Counsel
Alan R. Burch, Associate General Counsel
NATIONAL CREDIT UNION
ADMINISTRATION
1775 Duke Street
Alexandria, Virginia 22314
mmckenna@ncua.gov
aburch@ncua.gov